IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MELODY J. ROSE,

    Plaintiff,

vs.

                      Case No. 09-C-0142

STEVEN M. CAHEE, M.D.,
FOND DU LAC REGIONAL CLINIC, S.C.,
and AGNESIAN HEALTHCARE, INC.,

    Defendants.

## AGNESIAN HEALTHCARE, INC.'S
## NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 56, Civil L. R. 7.1 (E.D. Wis.), and Civil L. R. 56.2 (E.D. Wis.), the defendant, Agnesian Healthcare, Inc. ("Agnesian"), by its attorneys, Otjen, Van Ert & Weir, S.C., hereby moves the court, at the United States Courthouse for the Eastern District of Wisconsin, 517 East Wisconsin Avenue, Milwaukee, Wisconsin 53202, for summary judgment pursuant to Fed. R. Civ. P. 56(c), on the grounds that that:

1. Agnesian Healthcare, Inc. is statutorily exempt from coverage under Title III of the Americans with Disabilities Act, pursuant to 42 U.S.C. § 12187.

2. The claim brought under Section 504 of the Rehabilitation Act must be dismissed because Ms. Rose cannot prove that Agnesian denied, excluded, or otherwise discriminated against her solely because she was HIV positive.

3. The claims brought under section 252.14, Wis. Stat., must be dismissed because Ms. Rose cannot prove that Agnesian denied, excluded, or otherwise discriminated against her solely because she was HIV positive.

4. The claim brought under section 106.52, Wis. Stat., must be dismissed because Ms. Rose cannot establish that Agnesian denied her the full and equal enjoyment of a place of public accommodation.

This motion is supported by the Memorandum of Law in Support of Summary Judgment, the Affidavit of Neal S. Krokosky, the Affidavit of Glen Treml, and the Proposed Findings of Fact filed herewith. Agnesian also adopts the arguments advanced by the co-defendants in favor of summary judgment to the extent that they are applicable and do not conflict with the arguments contained herein.

Dated this 3rd day of December 2009.

Respectfully submitted,

s/ Neal S. Krokosky
Laurie J. McLeRoy, Wis. Bar No. 1018964
Neal S. Krokosky, Wis. Bar No. 1061620
Attorneys for Defendant,
Agnesian Healthcare, Inc.
700 North Water St., Suite 800
Milwaukee, Wisconsin 53202
Telephone: (414) 271-7271
Facsimile: (414) 271-7272
Email: nkrokosky@otjen.com
lmcleroy@otjen.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing (including all documents referenced herein) was filed electronically with the Clerk of Court and served by operation of the Court's filing system to all attorneys of record on December 3, 2009:

Scott A. Schoettes
Lambda Legal Defense and Education Fund, Inc.
11 E. Adams Street, Suite 1008
Chicago, Illinois 60603
Telephone: (312) 663-4413
Facsimile: (312) 663-4307

Rebekah A. Kopec-Farrell
Legal Services Program of Wisconsin
820 N. Plankinton Avenue
P.O. Box 510498
Telephone: (414) 225-1530
Facsimile: (414) 225-1632

Kathryn S. Devine
Phillip J. Holyrood
Schiff Hardin LLP
Sears Tower
233 S. Wacker Drive, Suite 6600
Chicago, Illinois 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600

Attorneys for Plaintiff Melody J. Rose

William R. Wick
Terri L. Weber
Nash, Spindler, Grimstad & McCracken LLP
201 East Waldo Boulevard
Manitowoc, Wisconsin 54220
Telephone: (920) 684-3321
Facsimile: (920) 684-0544

Attorneys for Defendants Steven M. Cahee, M.D. and Fond du Lac Regional Clinic, S.C.

By: s/ Neal S. Krokosky