IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MELODY J. ROSE,

    Plaintiff,       **Case No. 09-CV-0142**

v.

STEVEN M. CAHEE, M.D.,
FOND DU LAC REGIONAL CLINIC, S.C.,
and AGNESIAN HEALTHCARE, INC.,

    Defendants.

---

### NOTICE OF MOTION AND MOTION TO BAR THE PLAINTIFF FROM NAMING ANY PSYCHOLOGIST EXPERTS IN REBUTTAL

---

PLEASE TAKE NOTICE that the defendants Steven M. Cahee, M.D. and Fond du Lac Regional Clinic, S.C., by their attorneys, Nash, Spindler, Grimstad & McCracken LLP, will move the court pursuant to Federal Rule of Civil Procedure 26, at the United States Courthouse for the Eastern District of Wisconsin, 517 East Wisconsin Avenue, Milwaukee, Wisconsin 53202, at a date and time to be set by the court, to grant Defendants' Motion to Bar the Plaintiff from Naming Any Psychologist Experts in Rebuttal on the grounds that the plaintiff should be barred from naming any psychologists to support her case in chief in rebuttal.

Further grounds for said motion are set forth in the attached Affidavit of Terri L. Weber and Brief in Support filed herewith.

1

Dated this 2nd day of February, 2010.

        NASH, SPINDLER, GRIMSTAD & McCRACKEN, LLP

        *s/Terri L. Weber*

By:   William R. Wick
      State Bar No. 1015482
      Terri L. Weber
      State Bar No. 1027628
      Attorneys for Defendants, Steven M. Cahee,
      M.D. and Fond du Lac Regional Clinic, S.C

MAILING ADDRESS:
201 East Waldo Boulevard
Manitowoc, WI 54220
Phone: 920-684-3321
Fax: 920-684-0544
E-Mail:   BWick@nashlaw.com
           TWeber@Nashlaw.com