

**Lambda Legal**
making the case for equality

August 17, 2010

Honorable J.P. Stadtmueller
United States District Court
for the Eastern District of Wisconsin
362 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

> Re: **Request for referral to settlement conference in *Rose v. Cahee et al*, Civil Action No. 09-CV-142**

Dear Judge Stadtmueller:

As suggested in the Court's order of August 3, 2010, counsel for all parties in the above-titled matter have agreed to utilize the services of the assigned magistrate judge to explore settlement at this time. I am writing on behalf of all counsel to request that you refer the matter to Magistrate Judge Patricia J. Gorence for a settlement conference. Thank you for your assistance.

Sincerely,

Scott A. Schoettes
HIV Project Staff Attorney

MIDWEST REGIONAL OFFICE  11 EAST ADAMS, SUITE 1008, CHICAGO, IL 60603-6303  T 312-663-4413  F 312-663-4307  WWW.LAMBDALEGAL.ORG